# Exhibit 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **NORMAN HUSAR**, on behalf of himself and those similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>**DOLGEN MIDWEST, LLC**<br>d/b/a DOLLAR GENERAL<br><br>Defendant. | **Case Number** _____ |

## EXHIBIT 4 TO THE NOTICE OF REMOVAL

1. Dollar General Corporation provides the following information, which it seeks leave to file under seal because it includes financial and sales information for which public disclosure would likely result in competitive harm or business harm, in support of its notice of removal.

2. From October 11, 2020, to November 6, 2022, the total retail sales from Dollar General stores in Ohio far exceeded $5,000,000. The retail sales from those stores for October 2022 was, alone, ███████████.

                                              Respectfully submitted,

                                              */s/ Brenna Fasko*

                                              Elizabeth B. Wright (0018456)
                                              Brenna Fasko (0084897)
                                              **THOMPSON HINE LLP**
                                              3900 Key Center
                                              127 Public Square
                                              Cleveland, Ohio 44114-1291
                                              (216) 566-5500 (phone)
                                              (216) 566-5800 (fax)

Elizabeth.Wright@ThompsonHine.com
Brenna.Fasko@ThompsonHine.com

*Attorneys for Defendant Dolgen Midwest, LLC*