UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NORMAN HUSAR, on behalf of himself and those similarly situated,<br><br>　　Plaintiff(s),<br><br>　　v.<br><br>DOLGEN MIDWEST, LLC,<br><br>　　Defendant. | CASE NO. 1:22-cv-02044<br><br>JUDGE JAMES S. GWIN<br><br>ORDER<br>[Resolving Doc. 21] |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On January 30, 2023, Defendant Dolgen Midwest, LLC ("Dollar General") filed a motion for reconsideration of the Court's January 18, 2023 order.[1] That January 18, 2023 order denied Defendant's motion to partially seal Exhibit 4 in support of its notice of removal.[2]

Dollar General filed Exhibit 4 in redacted format so that Exhibit 4 does not disclose Ohio retail store sales. Plaintiff did not contest removability under CAFA and Plaintiff has not moved to require Exhibit 4 be filed in not-redacted format.

The Court **DENIES** Defendant's motion for reconsideration. Defendant does not need to take any further action regarding Exhibit 4.

IT IS SO ORDERED.

Dated: February 8, 2023　　　　　　　　　　　　s/　　James S. Gwin
　　　　　　　　　　　　　　　　　　　　　　JAMES S. GWIN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Doc. 21.
[2] Doc. 5.