IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Norman Husar, <br><br> Plaintiff, <br><br> vs. <br><br> Dolgen Midwest, LLC, <br><br> Defendant | CASE NO. 1:22cv2044 <br><br> DISTRICT JUDGE GWIN <br><br> MAGISTRATE JUDGE <br> JAMES E. GRIMES JR. <br><br> **MOTION TO ADMIT *PRO HAC VICE*** |

Brian D. Flick, a member in good standing of the bar of this Court, moves for the admission of Adam A. Edwards, of Milberg Coleman Bryson Phillips Grossman, PLLC, *pro hac vice*. In support of this motion, Plaintiff states as follows:

1. Mr. Edwards is admitted to practice before and is in good standing with the Supreme Court of Tennessee, as shown in the Affidavit of Adam A. Edwards attached to this Motion as Exhibit A.

2. His address, telephone and facsimile numbers, and email address are as follows:

   Adam A. Edwards
   Milberg Coleman Bryson Phillips Grossman, PLLC
   800 S. Gay Street, Suite 1100
   Knoxville, TN 37929
   Telephone: 865-247-0080
   Facsimile: 865-522-0049
   Email: aedwards@milberg.com

3. He is admitted to practice before and is in good standing with the Supreme Court of Tennessee and has been since June 28, 2004. His Tennessee bar registration number is 023253.

4. He has not been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States, nor has he ever received any reprimand

from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

5. Attorney Adam A. Edwards will abide by all the rules, regulations, and the procedures of the state of Ohio and will be subject to the contempt citation of the Court.

6. Attorney Adam A. Edwards' admission will in no way hinder or delay the resolution of this matter.

Accordingly, Plaintiff respectfully requests that attorney Adam A. Edwards be admitted pro hac vice in this matter.

May 25, 2023　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　*/s/ Brian D. Flick*
　　　　　　　　　　　　　　　　　　　　Brian D. Flick (0081605)
　　　　　　　　　　　　　　　　　　　　DannLaw
　　　　　　　　　　　　　　　　　　　　15000 Madison Avenue
　　　　　　　　　　　　　　　　　　　　Lakewood, OH 44107
　　　　　　　　　　　　　　　　　　　　T: 216-373-0539
　　　　　　　　　　　　　　　　　　　　F: 216-373-0536
　　　　　　　　　　　　　　　　　　　　E: notices@dannlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Norman Husar*
　　　　　　　　　　　　　　　　　　　　*and the Putative Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 25, 2023, a copy of the foregoing Motion to Admit *Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                        */s/ Brian D. Flick*_____
                        Brian D. Flick (0081605)
                        DannLaw